UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER NORMAN STRINDEN,<br>　aka "nonenone,"<br><br>　　　　Defendant. | CR No. 18-CR-00592-RGK<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about October 9, 2015, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER NORMAN STRINDEN, also known as "nonenone" ("STRINDEN"), knowingly possessed a Western Digital Hard Disk Drive, bearing serial number WMAZA8610573 ("Western Digital 0573"), which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using

1  any means and facility of interstate and foreign commerce and in and
2  affecting interstate and foreign commerce by any means, including by
3  computer, knowing that the images were child pornography.
4      The child pornography that defendant STRINDEN possessed on the
5  Western Digital 0573 included, but was not limited to, a video titled
6  "BabyJ - Panty.avi."

## COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about October 9, 2015, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER NORMAN STRINDEN, also known as "nonenone" ("STRINDEN"), knowingly possessed a Western Digital Hard Disk Drive, bearing serial number WCAP90304943 ("Western Digital 4943"), which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant STRINDEN possessed on the Western Digital 4943 included, but was not limited to, a video titled "Jho -Pany.avi."

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about October 9, 2015, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER NORMAN STRINDEN, also known as "nonenone" ("STRINDEN"), knowingly possessed a Western Digital Hard Disk Drive, bearing serial number WCAU42475411 ("Western Digital 5411"), which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

//
//
//

The child pornography that defendant STRINDEN possessed on the Western Digital 5411 included, but was not limited to, a video titled "! NEW ! (pthc) 2007 Tara 8yr - ass fuck and ass vibrator.mpg."

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Violent & Organized Crime Section